UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:05-cr-37 |
| ) | *Edgar* |
| TYSHAWN HILL and ) | |
| RONDRELL SANFORD ) | |

## **O R D E R**

In accordance with the accompanying memorandum, Sanford's motion for a judgment of acquittal pursuant to FED. R. CRIM. P. 29(c) or, in the alternative, for a new trial pursuant to FED. R. CRIM. P. 33 [Doc. No. 52] is **DENIED**.

SO ORDERED.

ENTER this *25th day of July, 2005*.

                                              */s/ R. Allan Edgar*
                                             R. ALLAN EDGAR
                                    CHIEF UNITED STATES DISTRICT JUDGE